**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **GINA FEVRYER** | **DOCKET NO. 6:26-CV-01243** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **SOUTH LOUISIANA ICE PROCESSING CENTER** | **MAGISTRATE JUDGE LEBLANC** |

# ORDER

Before the Court is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by Gina Fevryer on March 6, 2026. [Doc. 1.] The Court has been notified by the Government that Petitioner was released from custody on October 5, 2026, under an order from an immigration judge. [Doc. 9]. This habeas matter seeking release, therefore, is now moot and should be dismissed. *See Roberts v. Cordova*, No. 25-074, 2025 WL 2823130, at *2 (S.D. Tex. Aug. 15, 2025), report and recommendation adopted, 2025 WL 2822005 (S.D. Tex. Oct. 3, 2025).

Accordingly, **IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED** in Chambers on the 26th day of October, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**